USDC SCAN INDEX SHEET










SUI  12/23/03 8:09

3:03-CR-03433   USA V. MOHAMED

*1*

*CRINDI.*

~~SECRET~~ unsealed 1/22/04

FILED
03 DEC 19 AM 11: 22
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2003 Grand Jury  03 CR 03433 JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 18, U.S.C., Sec. 1546(a) - False Statement in Connection With Immigration Application; |
| OMAR ABDI MOHAMED, ) | Title 18, U.S.C., Sec. 1015(a) - False Statement in Matter Relating to Naturalization |
| Defendant. ) | |

The grand jury charges:

### INTRODUCTORY ALLEGATIONS

1. Defendant OMAR ABDI MOHAMED is a citizen of Somalia who obtained lawful permanent resident status in the United States on July 8, 1995.

2. On April 11, 2000, defendant MOHAMED submitted INS Form N-400 (Application for Naturalization) to the Immigration and Naturalization Service in support of his request for United States naturalization.

//
//
//

JNP:nlv:San Diego
12/18/03

3. On December 14, 2001, the United States Treasury Department's Office of Foreign Asset Control issued an order freezing the assets of the Global Relief Foundation, a charity based in Bridgeview, Illinois.

4. On May 9, 2002, defendant MOHAMED was interviewed under oath by Immigration and Customs Enforcement (ICE) District Adjudications Officer Kirt Klingerman and Senior Special Agent Steven Schultz pursuant to his naturalization request.

5. On October 18, 2002, the Office of Foreign Assets Control designated the Global Relief Foundation a Specially Designated Global Terrorist.

## Count 1

On or about May 9, 2002, in the Southern District of California, defendant OMAR ABDI MOHAMED, did knowingly make material false statements under oath to Immigration and Customs Enforcement (ICE) Senior Special Agent Steven Schultz in connection with an application required under the immigration laws, and regulations prescribed thereunder, to wit, an application for naturalization [Form N-400], in that he claimed that the Western Somali Relief Agency was an entity in name only, that it never received funds, and that the entity had insufficient funds to send two boxes of blankets to Somalia; which the defendant then and there knew was false, in that, in truth and in fact, between December 1998 and February 2001, the Western Somali Relief Agency received $351,036 from the Global Relief Foundation; in violation of Title 18, United States Code, 1546(a).

//
//
//

Count 2

On or about May 9, 2002, within the Southern District of California, defendant OMAR ABDI MOHAMED did knowingly make false statements under oath in a proceeding and matter relating to naturalization to Immigration and Customs Enforcement (ICE) Senior Special Agent Steven Schultz in that he claimed that the Western Somali Relief Agency was an entity in name only, that it never received funds, and that the entity had insufficient funds to send two boxes of blankets to Somalia; which the defendant then and there knew was false, in that, in truth and in fact, between December 1998 and February 2001, the Western Somali Relief Agency received $351,036 from the Global Relief Foundation; in violation of Title 18, United States Code, 1015(a).

DATED: December 19, 2003.

A TRUE BILL:

_Andrea H. Joly_
Foreperson

CAROL C. LAM
United States Attorney

By: _John N. Parmley_
JOHN N. PARMLEY
Assistant U.S. Attorney

3