USDC SCAN INDEX SHEET










```
SUI   1/23/04  12:49
3:03-CR-03433   USA V. MOHAMED
*4*
*CRFTAPMO.*
```

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  OMAR ABDI MOHAMED                    No. 03CR3433-JAH

HON. LOUISA S. PORTER            Tape No. POR04: 1;2479-2849

Asst. U.S. Attorney  JOHN PARMLEY       PTSO

|  | | Apt | Ret | for | # | Status |
|---|---|---|---|---|---|---|
| Atty | FEDERAL DEFENDERS, INC., TIM SCOTT S/A | Apt | Ret | for | ( ) | ( ) |
|  | KERRY BADER -N/A | Apt | Ret | for | ( ) | ( ) |
|  |  | Apt | Ret | for | ( ) | ( ) |
|  |  | Apt | Ret | for | ( ) | ( ) |
|  |  | Apt | Ret | for | ( ) | ( ) |
|  |  | Apt | Ret | for | ( ) | ( ) |
|  |  | Apt for Material Witness(es) | | | | |

PROCEEDINGS:      ___ In Chambers    X In Court    ___ By Telephone

FA: 1/23/04
DOA: 1/22/04

AUSA: JOHN PARMLY

DEFENDANT ARRAIGNED ON INDICTMENT. DEFENDANT ENTERED NOT GUILTY PLEA TO CT 1,2.
GOVERNMENTS ORAL MOTION FOR DETENTION HEARING AS TO RISK OF FLIGHT GRANTED. DETENTION HEARING SET FOR 1/27/04 @ 2:00 P.M. BEFORE MAGISTRATE JUDGE PORTER. COURT PROVISIONALLY APPOINTED KERRY BADER AS COUNSEL. FINANCIAL AFFIDAVIT DUE: 1/27/04. STATUS HEARING REGARDING COUNSEL SET FOR 1/27/04 @ 2:00 P.M. BEFORE MAGISTRATE JUDGE PORTER.

Date    1/23/04                                    IF
                                           Deputy's Initials