USDC SCAN INDEX SHEET










```
CGL    1/28/04    10:55
3:03-CR-03433    USA V. MOHAMED
*5*
*CRMO.*
```



**Minutes of the United States District Court**
**Southern District of California**
**Tuesday, January 27, 2004**

2003CR03433-JH

**For the Honorable:** Louisa S. Porter   Magistrate Judge

**Deputy Clerk:** Irma Fletes

**On Calendar:**

2003CR03433-JH

USA vs.

(1) OMAR ABDI MOHAMED (C)
MTD: 04-02-2004

Lang Booking #
ENG 89801198   (1) Joan Kerry Bader  CJA
619 699-5995
John N. Parmley  AUSA
619 557-5610

COUNSEL STATUS (1)
DETENTION HRG (1)

**Minutes:**

Tape No: POR04-2;2299-6189

STATUS HEARING REGARDING COUNSEL CONTINUED TO 2/3/04 @ 9:30 A.M. BEFORE MAGISTRATE JUDGE PORTER. FINANCIAL AFFIDAVIT TO BE FILED ON 2/3/04.

DETENTION HEARING HELD AND CONTINUED TO 2/3/04 @ 9:30 A.M. BEFORE MAGISTRATE JUDGE PORTER. COURT ORDERED THAT THE GOVERNMENT PRODUCE DISCOVERY TO DEFENSE COUNSEL.