USDC SCAN INDEX SHEET










```
KOC    2/9/04    13:54
3:03-CR-03433    USA V. MOHAMED
*9*
*CRODET.*
```

FILED

04 FEB -9 AM 11:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

K. O'Coyne, DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 03cr3433-JAH |
|---|---|
| Plaintiff, | ) |
| v. | ) FINDINGS OF FACT AND ORDER OF |
| OMAR ABDI MOHAMED, | ) DETENTION PENDING TRIAL |
| Defendant. | ) |

In accordance with the Bail Reform Act of 1984, Title 18, U.S.C. § 3142, a detention hearing was scheduled for February 3, 2004 to determine whether defendant, OMAR ABDI MOHAMED should be held in custody without bail pending trial and, if convicted, pending sentencing, in the above-captioned matter. Assistant United States Attorney John N. Parmley appeared on behalf of the United States. Attorney J. Kerry Bader appeared on behalf of the Defendant.

Based upon the evidence proffered by the Government, I conclude that the following facts regarding the defendant's risk of flight are established by a preponderance of the evidence and that they require the detention of the defendant pending trial in this case.

JNP:hc:2/3/04
A#2:mohamed-det

9

I

FINDINGS OF FACT

1. The defendant is facing charges of make false statement in connection with immigration application under 18 U.S.C. § 1546(a) and false statement in matter relating to naturalization under 18 U.S.C. § 1015(a). The Grand Jury has already found probable cause to believe that he committed the offenses as charged in the indictment.

2. The defendant is a citizen of Somalia, having entered the United States on a religious worker's visa.

3. Pre-trial services recommends detention in this matter.

4. The Defendant receives a salary from a foreign government. He receives approximately $1,700 per month from the Saudi Arabian Ministry of Islamic Affairs, Endowments, Da'wah and Guidance.

5. The Defendant came to the United States on a religious worker's visa. However, his religious work does not appear to have much form or set quality. The United States alleges that the Defendant entered the United States fraudulently in that he failed to work at the mosque which sponsored his entry.

6. The Defendant has shown a great outpouring of support from the Somali community in San Diego.

7. The Defendant has extensive contacts and family overseas. This includes contacts/family in Australia, Saudi Arabia, Canada, and Kenya.

8. The Defendant travels extensively. His travel includes multiple trips overseas. This is expensive travel and the Defendant remains overseas for significant periods of time.

9. The Defendant has a wife and six minor children living in the United States.

2

03cr3433

10. The Defendant has no criminal record or history of drug or alcohol abuse.

11. The Defendant appears to have another family in Australia.

12. The Defendant works part-time as an Instructional Aide for the San Diego City School District. He makes approximately $10-12 dollars per hour.

II

CONCLUSION OF LAW

Pursuant to Title 18, United States Code, Section 3142, and in accordance with the above factual findings, I find that there is no condition or combination of conditions set forth in Title 18, United States Code, Sections 3142(b) or (c) which defendant can meet at this time and which would reasonably assure the appearance of the defendant as required.

I find by a preponderance of the evidence that defendant presents a risk of flight, such that he should be detained without bail.

ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted, pending sentencing in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with his counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the

1  United States Marshal for the purpose of an appearance in connection
2  with a court proceeding or any other appearance stipulated to by
3  defense and Government counsel.
4     This order is made without prejudice to modification by this
5  Court.
6     IT IS SO ORDERED.
7     DATED: 2/6/07

LOUISA S. PORTER
Magistrate Judge for the
United States District Court

Prepared by:

JOHN N. PARMLEY
Assistant U.S. Attorney