USDC SCAN INDEX SHEET

















KAJ   7/5/05   10:59

3:03-CR-03433   USA V. MOHAMED

*162*

*CRMLIMDFT.*

ORIGINAL

1
2  Law Office of Mahir T. Sherif
   MAHIR T. SHERIF, Esq. (SB# 135021)
3  3376 30th Street
   San Diego, CA  92104
4  Ph: 619-297-4444
   Fx: 619-297-4115

5  Attorney for Defendant, Omar Abdi Mohamed

05 JUL -1 PM 3: 20

SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

6
7
8              UNITED STATES DISTRICT COURT
9             SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,          )  Case No.: **03-CR-3433-JAH**
                                      )
12            Plaintiff,              )  **DEFENDANT'S MOTIONS IN LIMINE
                                      )  AND MEMORANDUM OF POINTS AND
13     vs.                            )  AUTHORITIES IN SUPPORT THEREOF**
                                      )
14 OMAR ABDI MOHAMED,                 )  Judge:  Honorable John A. Houston
                                      )  Courtroom:  11
15            Defendant               )  Date: July 15, 2005
                                      )  Time:  9:00 AM
16                                    )
                                      )
17                                    )
18 _____
19
20     COMES NOW, Defendant, Omar Abdi Mohamed, who, by and through his
21 undersigned counsel, hereby files attached motions and requests several rulings in advance.

               **INTRODUCTION AND SUMMARY OF MOTIONS**
22
23     In the interest of justice and in an effort to streamline the upcoming trial, the defendant
   seeks several rulings in advance.  Defendant respectfully makes the following requests of the
24
   court.  First, defendant seeks the exclusion of all irrelevant segments on the video tapes of
25
   defendant's interviews with the Immigration and Naturalization Service ("INS").  Second,
26
   defendant requests the exclusion of any evidence and statements regarding Part 9 of Mr.
27
   Mohamed's N-400 application.  Third, defendant requests the exclusion of any evidence and
28

03CR3433

statements regarding Mr. Mohamed's conviction on counts seven and eight of the superseding indictment filed on March 26, 2003. Fourth, defendant seeks the exclusion of documents purported to be from the government of Saudi Arabia as they are not authenticated. Fifth, and in the alternative, defendant seeks the exclusion of all prejudicial documents from Saudi Arabia.

## I.   EXCLUSION OF IRRELEVANT EVIDENCE CONTAINED IN VIDEO TAPES OF THE DEFENDANT AT INS INTERVIEWS

### a.  Summary of Facts

Defendant was charged in a superseding indictment on March 26, 2003 with nine counts. Four counts; counts one, two, seven and eight, have been tried and final judgments have entered. The defendant is now being tried for the remaining five counts where no final judgment was reached. These counts are counts three, four, five, six and nine of the superseding indictment. Counts three and four allege that the defendant failed to state The Kingdom of Saudi Arabia as an employer, and that such statement was a false statement by the defendant. Counts five and six allege that the defendant falsely stated that he was employed by the Masjidul Taqwa. Count nine alleges that the defendant knowingly possessed a document for entry into the United States (his Green Card) that had been procured by fraud. The Government in its initial pursuit of a case against the defendant videotaped two interviews the defendant had at the INS. The first was conducted on May 9, 2002 and the second was conducted on January 22, 2004.

### b.  Motion and Argument

The defendant hereby moves this court to exclude all evidence contained in or on both tape one and tape two of the INS interviews that is not relevant to the counts now before the jury. Any statement by the defendant, the agents, and/or any person heard on the videotapes that does not relate to the Masjidul Taqwa, The Kingdom of Saudi Arabia or Mr. Mohamed's actual possession of his Green Card on the date of January 22, 2004 is irrelevant to the case at bar. Pursuant to Federal Rule of Evidence 401 the definition of relevant evidence is any

evidence having any tendency to make a fact of consequence to the determination of the action more or less probable. Here the facts of consequence are those which tend to prove or disprove the allegations against Mr. Mohamed. Thus, only evidence which relates to these charges is relevant. Any evidence on the video tapes that does not relate to the charges alleged is therefore irrelevant. Pursuant to Federal Rule of Evidence 402 any such irrelevant evidence is not admissible at trial.

## II. EXCLUSION OF IRRELEVANT EVIDENCE REGARDING "PART 9" OF DEFENDANT'S N400 APPLICATION AS IT IS IRRELEVANT TO THE CHARGES AT HAND

### a. Summary of Facts

It is alleged in Counts three and four that the defendant failed to state The Kingdom of Saudi Arabia as an **employer** on his N400 application to the INS, and that such statement was a false statement by the defendant. The section relating to employers on the N400 application is Part 4.[1] Part 4 is entitled "Information about your residences and employment." Defendant anticipates that the Government will attempt to enter into evidence testimony and documentation that Mr. Mohamed also failed to list The Kingdom of Saudi Arabia on his N400 application in Part 9. Part 9 does not relate to employers. Instead, Part 9 relates specifically to "Memberships and Organizations".

Counts five and six allege that the defendant falsely stated that he was **employed** by the Masjidul Taqwa.[2] Count nine alleges that the defendant knowingly possessed a document for entry into the United States (his Green Card) that had been procured by fraud.

///

---

[1] Mr. Mohamed's N400 Application as submitted to the INS is attached hereto as Exhibit A.

[2] Exhibit A at Part 4; Mr. Mohamed lists "Masjidul Taqwa" as an "Employer's Name".

### b.  Motion and Argument

Defendant requests the Court make a ruling in advance and prohibit the Government from referencing, offering testimony, or documentation regarding anything contained in or not contained in Part 9 of Mr. Mohamed's N400.  As stated, the present allegations before this court relate to who the defendant did or did not list and/or state as his "employers".  There are no allegations that relate to Mr. Mohamed's "Memberships and organizations".  Thus, any reference to or evidence of what Mr. Mohamed did or did not list in Part 9 is irrelevant to the charges before this Court.  Specifically, whom one is or is not employed by has no relation to ones memberships and organizations.  Pursuant to Federal Rule of Evidence 402 defendant requests the exclusion of any reference to or evidence relating to Part 9 of Mr. Mohamed's N400 application.

### III.   EXCLUSION OF EVIDENCE AND STATEMENTS REGARDING DEFENDANT'S CONVICTIONS ON COUNTS SEVEN AND EIGHT OF THE SUPERSEDING INDICTMENT

### a.  Summary of Facts

Defendant was charged in a superseding indictment on March 26, 2003 with nine counts. Counts seven and eight have been tried and final judgments have entered.  Specifically, defendant was found guilty of counts seven and eight, which dealt with the existence of an eighth child of the defendant.  The defendant is now being tried for the remaining five counts where no final judgment was reached.

### b.  Motion and Argument

Defendant requests the Court make a ruling in advance and exclude all references, evidence and/or statements that allude to defendant's conviction from the present trial. Defendant makes this motion on the grounds that any information regarding an eighth child, or

---

DEFENDANT'S MOTION IN LIMINE AND MEMORNADUM
OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
Page 4 of 11

03CR3433

defendant's conviction of counts seven and eight is irrelevant to the charges at hand. The charges now being tried deal with allegations regarding defendant's employment. Thus, the only facts of consequence deal with the defendant's employment. No information regarding an eighth child or the conviction of the tried counts would tend to make the existence that the defendant was or was not employed at any particular organization or entity more or less probable. Any evidence or reference to the existence of an eighth child and/or the defendants convictions surrounding relating to this child are irrelevant to the case at bar. Pursuant to Federal Rule of Evidence 402 defendant requests its exclusion.

## IV.   EXCLUSION OF DOCUMENTS STATED TO BE FROM THE KINGDOM OF SAUDI ARABIA FOR LACK OF AUTHENTICATION

### a. Summary of Facts

As part of discovery, the Government has provided to the defendant several documents which represent themselves as being from The Kingdom of Saudi Arabia ("Saudi documents"). These documents were originally written in Arabic and required the Government to employ a translator to interpret them. Said translators respective translations for each document were also provided to the defendant. It is anticipated that the Government will attempt to enter these documents at trial in an effort to prove the defendant "was employed by" the Kingdom of Saudi Arabia.

### b. Motion and Argument

Federal Rule of Evidence 901 requires, as a condition precedent to admissibility, all documents to be either authenticated or identified by **evidence sufficient to support a finding** that the matter in question is what its proponent claims. Fed.R.Evid. 901(a). That is that the document the proponent is entering into evidence is in fact what it purports to be. Here the Government is the proponent of these documents and will be claiming that they are official documents from the Kingdom of Saudi Arabia and its government. However, the Government

1  will be unable to show sufficient evidence that the Saudi documents in fact are what they

2  purport to be.  Rule 901 provides illustrations of methods by which a proponent may attempt

3  to submit sufficient evidence to the Court that a document is what it purports to be.  Defendant

4  cannot foresee the Government successfully using any of the illustrations listed in Rule 901.

5  Fed.R.Evid. 901(b)(1)-(10).  Especially, the defendant anticipates that the Government will

6  not have the testimony of a witness with knowledge to authenticate or identify the documents

7  as being what they purport to be. Fed.R.Evid. 901(b)(1).  Defendant anticipates such as the

8  documents are allegedly from The Kingdom of Saudi Arabia and an American court has no

9  authority to subpoena those individuals who purportedly created and/or signed these

10  documents.  The advisory committee notes to Rule 901(b)(1) demonstrate that the testimony

11  of a witness with knowledge is in reference to a witness who was **present** at their signing

12  and/or the taking of such evidence.

13         In addition, the only other method by which the defendant can speculate that the

14  Government may allege authentication is by Federal Rule of Evidence 902(3).  Rule 902(3)

15  deals with the self-authentication of foreign public documents.  However, the rule requires a

16  foreign public document be accompanied by a "final certification" as to the genuineness of the

17  signature and official position of the executing person or of the foreign official relates to the

18  execution of the execution of the document. Fed.R.Evid. 902(3).  The Saudi documents the

19  defendant has received contain no "final certification" as required to provide self-

20  authentication under Rule 902(3).  Rule 902(3) does give the court discretion to admit foreign

21  documents where reasonable opportunity has been given to all parties to investigate the

22  authenticity and accuracy of official documents. Fed.R.Evid. 902(3).  Defendant in his own

23  investigation has been unable to make a determination that these documents are what they

24  purport to be.  To the contrary when defendant has attempted to investigate the documents he

25

26

27

28

has run into a dead-end and been unable to actually speak to anyone with knowledge of these documents to show that they are what they purport to be.[3]

In conclusion, the Saudi documents will lack authentication or identification and as such they are inadmissible at trial.

### c.   In the Alternative: Exclusion of All Prejudicial Information Contained Within or On the Saudi Documents

#### i.   Statement of Facts

As stated supra, the Government has provided to the defendant several documents which represent themselves as being from The Kingdom of Saudi Arabia.  These documents were originally written in Arabic and required the Government to employ a translator to interpret them.  The respective translations for each document were also provided to the defendant.[4]  It is anticipated that the Government will attempt to enter these documents at trial in an effort to prove the defendant "was employed by" the Kingdom of Saudi Arabia.

Document number eleven (hereinafter Document 11) is purported to be written by the Director of Da'wah office in America and contains inflammatory information.[5]  Document 11 is addressed to "Propagator".  It first states that converting of non-Muslims who are living in non-Muslim countries is of "critical importance".  It then lists that among them (non-Muslims) "is the doctor, the engineer and the pilot, as well as others."  Document number eighteen (hereinafter Document 18) is purported to be written by the same director as Document 11.

---

[3] Declaration of Trudy G. Lumadue is attached as Exhibit B.  It is explained therein the attempts defense counsel's office has made to contact The Kingdom of Saudi Arabia and locate the individuals who are signatories on the Saudi Documents.

[4] As part of the translation, the documents are now numbered by the Government's translator.  Defendant will refer to the documents by these assigned numbers located in the top left hand corner of each Government translation.

[5] Document Number: 11 and its respective Arabic original are attached as Exhibit C.

Document 18 also references "aviation" in that it discusses an award that has been granted by a certain Royal Highness Prince, who is also the "Second Deputy Prime Minister" and "Minister of Defense and Aviation".[6]  No explanation is provided in this document as to the reason for the award being granted by the Minister of Defense and Aviation.

Document number three (hereinafter Document 3) is purported to be from the Director of the Da 'wah Office in America, and states that it is a "Very Urgent Advisory".[7]  Document 3 is addressed to "Propagator".  It discusses that as a result of activities conducted Christian clerics and well known personalities have converted to Islam.  It then requests the names of the individuals who have converted to Islam and other detailed information about these individuals.

Document number nine (hereinafter Document 9) is purported to be from the Director of Da 'wah office in America and states it is "Secret and Urgent".[8]  It is addressed to "Propagator/ Omar Abdo Mohammad Al-Khatib".  It requests preparations for coordinating propagation activities.  The information requested for said "preparation" is a complete survey of Islamic centers, associations and schools.  It mentions that the survey should include all religious orientations, "whether they be" of the title of Sunni Muslims or others.  It asks for information about the prominent individuals in these institutions and their religious orientation and tendency.

Document number fifteen (hereinafter Document 15) is purported to be from the Director of the Da 'wah Office in America and is addressed to "Propagator/ Omar Abdo Al-

---

[6] Document Number: 18 and its respective Arabic original are attached as Exhibit D.

[7] Document Number: 3 and its respective Arabic original are attached as Exhibit E.

[8] Document Number: 9 and its respective Arabic original are attached as Exhibit F.

Khatib".  Document 15 requests a report of the Somali community and the Arab community in

Canada and San Diego.  Document 15 lists several areas that the "report" should address.[9]

### ii.  Motion and Argument

Should this Court find that the Government is able to provide evidence sufficient to

show that the Saudi documents meet the requirements of authentication, and are admissible,

defendant requests the exclusion of particular Saudi documents on the grounds that they are

inflammatory and prejudicial.  Specifically, defendant requests the exclusion of Document 11,

18, 3, 9 and 15 as they will inflame the jury and cause them to make a decision based on

emotion rather than the facts of the case.

Pursuant to Federal Rule of Evidence 403, otherwise relevant and admissible evidence

is to be excluded if its probative value is outweighed by the danger of unfair prejudice,

confusion of the issues, or misleading the jury.  Fed.R.Evid. 403.  The advisory committee

notes call for balancing the probative value and the need for the evidence. *See* 56 F.R.D. 183,

218.  As well, they describe the range of risks from the most extreme to the least extreme.

The most extreme is that a decision by the jury will be made on an emotional basis.  Id.

In the instant case, defendant first notes that all of the Saudi documents will cause an

initial amount of emotion in the majority of American jurors as the country is a Middle

Eastern country.  While in truth and in fact, the Kingdom of Saudi Arabia may be a United

States ally, many American jurors will not make this association, or they do not agree with

this assessment, or they do not agree with the political position of the Kingdom of Saudi

Arabia in general.  In reality the majority of American jurors will associate Saudi Arabia with

the negative connotation of Middle Eastern Islamic regimes that America is currently fighting

against.  Thus, from the starting point, there will be mixed emotions and confusion among the

jurors when they hear the "Kingdom of Saudi Arabia".

---

[9] Document Number: 15 and its respective Arabic original are attached as Exhibit G.

1    In addition to this, Document 11 is highly prejudicial and inflammatory due to its

2    contents and the reference it makes to "converting pilots to Islam". This reference to

3    converting "pilots" to Islam will strike at the heart of Americans, as it will call to memory the

4    events of September 11, 2001. These attacks, while occurring three and one half years ago,

5    are still at the forefront of American minds. This is especially so, since the "War on Terror" is

6    still very much in effect. As well, it is most recent that President Bush has been campaigning

7    to renew The Patriot Act and referencing the September 11, 2001 attacks.[10] Any reference to

8    "converting pilots to Islam" will invoke strong emotions and passions in the hearts and minds

9    of prospective jurors. Allowing a jury to see, hear or read this document or any reference to

10   Document 11 will illicit a decision from the jury that is based on emotion. Along similar

11   lines, Document 18 references an award being given from the Minister of Defense and

12   Aviation. Because no explanation is provided in this document as to the basis for the award,

13   the defendant contends that speculation on the part of the jury will cause a decision to be

14   based on emotion and not on fact. As well, there is no general explanation in this document as

15   to how the Minister of Defense relates to the work of "propagators". Thus, this particular

16   document will be the source of confusion on the part of the jury. Confusion that will be

17   difficult if not impossible to rectify through the testimony of any expert witness, as once a

18   suspicion or confusion is invoked it is difficult to remedy.

19       Documents 3, 9 and 15 all call for surveying communities in the purpose of converting

20   individuals to Islam. First, American jurors are not accustomed to the religious beliefs of

21   Islam. Nor are they scholars or of the general knowledge to understand the differences

22   between the various sects of Islam, such as Sunni's and Shiites. Thus, references to

23   converting Americans and/or Christians or anyone else to Islam will invoke confusion in the

24   jurors. As well, that the defendant was being asked to survey and provide information about

25   the individuals in and around certain communities or any community will invoke suspicion in

26

27   [10] *See* http://www.cnn.com/2005/POLITICS/06/09/bush.patriot/

28

03CR3433

the jury. In American culture a high value is placed on privacy, that the defendant was allegedly being asked to "survey" individuals and communities will cause the jury to be suspicious of him and this activity. This suspicion will translate into a decision in the jurors that will be made on emotion and not facts. In addition, these documents encaptioned with such things as "Secret and Urgent" and "Very Urgent Advisory" will further a suspicion among the jurors as to what in fact the goal of the Ministry of Islamic Affairs was. This same suspicion will then be applied to the defendant himself as these documents are purported to be addressed to the defendant.

On the other hand the probative value of any one of these specific Saudi document is minimal. There are several (approximately 50-75) Saudi documents that the government has submitted to the defendant in discovery. Thus, the admissibility of five documents is of low probative value considering the number of documents the government can utilize in the alternative.

In conclusion, when weighing the severe risk that information that alludes to and elicits thoughts in American jurors of September 11, 2001, the Middle East and Islam conversion of Americans will illicit an emotional decision by the jury with the probative value of said evidence Federal Rule of Evidence 403 calls for the exclusion of Saudi Document 11, 18, 3, 9 and 15.

Dated: 7/1/2005

Respectfully Submitted,

By: _____
Mahir T. Sherif
Attorney for Defendant

03CR3433

# Exhibit A

U.S. Department of Justice
Immigration and Naturalization Ser

OMB No. 1115-0145

**Application for Naturalization**

## START HERE - Please Type or Print

| | FOR INS USE ONLY |
|---|---|

### Part 1.  Information about you.

| Family Name | MOHAMED | Given Name | Omar | Middle Initial | ABDI |
|---|---|---|---|---|---|

U.S. Mailing Address  - Care of:

| Street Number and Name | 7245 Waite Drive | Apt. # | |
|---|---|---|---|

| City | La Mesa | County | San Diego |
|---|---|---|---|

| State | CA | Zip Code | 91941 |
|---|---|---|---|

| Date of Birth (month/day/year) | 01/01/1960 | Country of Birth | Somalia |
|---|---|---|---|

| Social Security # | 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 | A # | 044-917-640 |
|---|---|---|---|

FOR INS USE ONLY:
Returned
Receipt
Resubmitted
Reloc Sent
Reloc Rec'd

4/18/2000  WSC*000462738
W8C8000424183

### Part 2.  Basis for Eligibility  (check one).

a. ☒ I have been a permanent resident for at least five (5) years.

b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c. ☐ I am a permanent resident child of United States citizen parent(s).

d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed forms N-426 and G-325B

e. ☐ Other.  (Please specify section of law)

☐ Applicant Interviewed

### Part 3.  Additional Information about you.

| Date you became a permanent resident (month/day/year) | 07/08/95 | Port admitted with an immigrant visa or INS Office where granted adjustment of status. | NYC |
|---|---|---|---|

At Interview
☐ Request naturalization ceremony at court

Remarks

Citizenship
Somali

Name on alien registration card (if different than in Part 1)
n/a

Other names used since you became a permanent resident (including maiden name)
none

| Sex | ☒ Male  ☐ Female | Height | 6'3" | Marital Status | ☐ Single  ☐ Married  ☐ Divorced  ☐ Widowed |
|---|---|---|---|---|---|

Can you speak, read and write English?   ☐ No  ☒ Yes

Absences from the U.S.

Have you been absent from the U.S. since becoming a permanent resident?   ☐ No  ☒ Yes

If you answered "Yes", complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

Action

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| 08/06/97 | 08/28/97 | ☐ Yes  ☒ No | Kenya, Saudi A. | Visit family |
| 03/23/97 | 03/30/97 | ☐ Yes  ☒ No | England | Educational |
| 02/28/97 | 03/04/97 | ☐ Yes  ☒ No | Canada | Visit family |
| 12/23/96 | 12/30/96 | ☐ Yes  ☒ No | Canada | Visit family |
| few day | trips | ☐ Yes  ☒ No | Tijuana | Tourism, fix car |
| | | ☐ Yes  ☐ No | | |

To be completed by
Attorney or Representative, if any
☒ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

NOT TO BE REPRODUCED  PROPERTY OF U.S. GOVERNMENT

1

## Part 4.  Information about your residences and employment.

A.  List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper.

| Street Number and Name, City, State, Country, and Zip Code | | | | | | Dates (month/day/year) | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | From | To |
| 7245 Waite Drive | La Mesa | CA | | 91941 | USA | 09/15/99 | present |
| 4404 Alamo Drive | San Diego | CA | | 92115 | | 03/97 | 09/15/99 |
| 4236 48th Street #6 | San Diego | CA | | 92115 | | 07/08/95 | 02/28/97 |

*lived one week in microTe one week GTS to ~~~~~*

B.  List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None." If you need more space, continue on separate paper. *San Diego City Schools   1998 To present   outreach Even Serra ~~~*

| Employer's Name | Employer's Address | | Dates Employed (month/day/year) | | Occupation/position |
| --- | --- | --- | --- | --- | --- |
| | Street Number and Name, City, State, Country, Zip Code | | From | To | |
| Say San Diego, Inc. | 3615 Kearny Villa Rd #101, SD, CA 92133 | | 07/~~ | present | Case Manager |
| Euclid Elementary School | 4166 Euclid Ave. San Diego, CA 92105 | | 09/02/98 | ~~~~ | Instructional Aide |
| Central Elementary School | 4063 Polk Ave. San Diego, CA 92115 | | 11/28/9~ | 10/01/98 | Teacher's Assistant |
| Masjidul Taqwa | 2575 Imperial Ave. San Diego, CA 92102 | | ~~/~~/9~ | ~~/02/9~ | Outreach/Religious Wor~ |

## Part 5.  Information about your marital history.

A.  Total number of times you have been married __2__. If you are now married, complete the following regarding your husband or wife.

| Family name   Shire | Given name   Haweya | Middle initial   Yusuf |
| --- | --- | --- |

| Address   7245 Waite Drive | La Mesa, CA 91941 |
| --- | --- |

| Date of birth (month/day/year)   12/25/65 | Country of birth   Somalia | Citizenship   Somali |
| --- | --- | --- |
| Social Security#   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 | A# (if applicable)   045-667-148 | Immigration Status   (if not U.S. citizen)   LPR |

| Naturalization (if applicable) (month/day/year)   n/a | Place (City, State) |
| --- | --- |

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended, and immigration status of prior spouse.

## Part 6.  Information about your children.

B.  Total number of Children __7__. Complete the following for each of your children. If the child lives with you, state "with me" in the address column; otherwise give the city/state/country of the child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
| --- | --- | --- | --- | --- | --- |
| Mohamed, Abdirahman Omar | 10/11/90 | Canada | Canadian | 045-667-149 | with me |
| Mohamed, Mariam Omar | 08/04/93 | Canada | Canadian | 045-667-151 | with me |
| Mohamed, Hafsa Omar | 12/26/91 | Canada | Canadian | 045-667-150 | with me |
| Mohamed, Khalid Omar | 04/22/95 | Canada | Canadian | 045-667-152 | with me |
| Mohamed, Fatima Omar | 03/06/98 | U.S. | U.S.A. | n/a | with me |
| Mohamed, Zubeir Omar | 08/08/99 | U.S. | U.S.A. | n/a | with me |
| Mohamed, Abdullahi Omar | 04/12/85 | Somali | Somali | n/a | Kenya |

Form N-400 (Rev. 07/17/91)N                                    Continued on next page

2

NOT PROPERTY OF U.S. GOVERNMENT - MUST NOT BE REPRODUCED

*Continued on back*

## Part 7.   Additional eligibility factors.

Please answer each of the following questions.  If your answer is "Yes", explain on a separate paper.

Have you ever:    a: Registered to vote in the United States?  ☐ yes  ☒ no   b.  Voted in an election in the United States?  ☐ yes  ☒ no

1. Are you now or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the communist party directly, or indirectly through another organization, group, or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?   ☐ Yes  ☒ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

   a.  The Nazi Government of Germany   ☐ Yes  ☒ No

   b.  Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?   ☐ Yes  ☒ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?   ☐ Yes  ☒ No

4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?   ☐ Yes  ☒ No

5. Have you ever failed to comply with Selective Service laws?   ☐ Yes  ☒ No
   If you have registered under Selective Service laws, complete the following information:
   Selective Service Number:_____ Date Registered:_____
   If you registered before 1978, also provide the following:
   Local Board Number:_____ Classification:_____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections, or other reasons?   ☐ Yes  ☒ No

7. Have you ever deserted from the military, air or naval forces of the United States?   ☐ Yes  ☒ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?   ☐ Yes  ☒ No

9. Since becoming a permanent resident, have you filed an income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?   ☐ Yes  ☒ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?   ☐ Yes  ☒ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen?   ☐ Yes  ☒ No

12. Have you ever:

   a.  been a habitual drunkard?   ☐ Yes  ☒ No

   b.  advocated or practiced polygamy?   ☐ Yes  ☒ No

   c.  been a prostitute or procured anyone for prostitution?   ☐ Yes  ☒ No

   d.  knowingly and for gain helped any alien to enter the U.S. illegally?   ☐ Yes  ☒ No

   e.  been an illicit trafficker in narcotic drugs or marijuana?   ☐ Yes  ☒ No

   f.  received income from illegal gambling?   ☐ Yes  ☒ No

   g.  given false testimony for the purpose of obtaining any immigration benefit?   ☐ Yes  ☒ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?   ☐ Yes  ☒ No

14. Were you born with, or have you acquired in some way, any title or order of nobility in any foreign State?   ☐ Yes  ☒ No

15. Have you ever:

   a.  knowingly committed any crime for which you have not been arrested?   ☐ Yes  ☒ No

   b.  been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?   ☐ Yes  ☒ No

(If you answer yes to 15, in your explanation give the following information for each incident or occurrence: the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case).

## Part 8.   Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.?   ☒ Yes  ☐ No

2. Are you willing to take the full Oath of Allegiance to the U.S. (see instructions)?   ☒ Yes  ☐ No

3. If the law requires it, are you willing to bear arms on behalf of the U.S.?   ☒ Yes  ☐ No

4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?   ☒ Yes  ☐ No

5. If the law requires it, are you willing to perform work of national importance under civilian direction?   ☒ Yes  ☐ No

PHOTOCOPY — NOT TO BE REPRODUCED — PROPERTY OF U.S. GOVERNMENT

**3**

## Part 9.   Memberships and Organizations

1.   List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place.   Include any military service in this part.   If none, write "none".   Include the name of organization, location, dates of membership and nature of the organization.   If additional space is needed, use separate paper.

| ✓ Somali and East African Youth Center | Inc., (Non-profit Community Service) | 1996 | to present |
|---|---|---|---|
| 4979 University Ave. #D, San Diego, CA | 92105 | | |
| ✓ Western Somali Relief Agency, Inc., | (Non-profit Community Service) | 1997 | to present |
| 4979 University Ave. #C, San Diego, CA | 92105 | | |

## Part 10.   Complete only if you checked block " C " in Part 2.  *no*

How many of your parents are U.S. citizens?   ☐ One   ☐ Both   (Give the following about one U.S. citizen parent:)

| Family Name | Given Name | | Middle Initial |
|---|---|---|---|
| Address | | | |

Basis of citizenship:
☐ Birth
☐ Naturalization Cert. No.

Relationship to you (check one:):   ☐ natural parent   ☐ adoptive parent
☐ parent of child legitimated after birth

If adopted or legitimated after birth, give date of adoption, or, legitimation: (month/day/year)

Does this parent have legal custody of you?   ☐ Yes   ☐ No

*(Attach a copy of relating evidence to establish that you are the child of the U.S. citizen, and evidence of this parent's citizenship.)*

## Part 11.   Signature   (Read the information on the penalties in the instructions before completing this section.)

I certify, or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct.   I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature _____

Date  4/11/00

Please Note:   If you do not completely fill out this form, or fail to submit the required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12.   Signature of person preparing form if other than above.   *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature _____

Print your Name   Kristy Cabral

Date  4/11/00

Firm Name and Address   International Rescue Committee
4535 30th St. #116, San Diego, CA 92116

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages, 1 through _____, and that the corrections, numbered 1 through _____, were made at my request and that this amended application, is true to the best of my knowledge and belief.

*Omar Abdi Mohamed*

X  *Omar Abdi Mohamed*
(Complete and true signature of applicant)

Subscribed and sworn to before me by the applicant.

_____
(Examiner's Signature)

5-4-02
Date

R. W. Pasfield
History Passed
20  22  25  56  57  58 04 63 53 52     X  *I live in San Diego, California*

MAY NOT BE REPRODUCED — PROPERTY OF U.S. GOVERNMENT

4

**Exhibit B**

Law Office of Mahir T. Sherif
MAHIR T. SHERIF, Esq. (SB# 135021)
3376 30th Street
San Diego, CA 92104
Ph: 619-297-4444
Fx: 619-297-4115

Attorney for Defendant, Omar Abdi Mohamed

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: **03-CR-3433-JAH** |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF TRUDY G.** |
| | ) | **LUMADUE IN SUPPORT OF** |
| vs. | ) | **DEFENDANT'S MOTION IN LIMINE** |
| | ) | |
| OMAR ABDI MOHAMED, | ) | Judge: Honorable John A. Houston |
| | ) | Courtroom: 11 |
| Defendant | ) | Date: July 15, 2005 |
| | ) | Time: 9:00 AM |
| | ) | |
| | ) | |

I, TRUDY G. LUMADUE, attest to and declare the following as true:

1)     I, Trudy G. Lumadue, am employed by The Law Office of Mahir T. Sherif.

2)     As part of my work for The Law Office of Mahir T. Sherif, I am assigned to several tasks which relate to the above encaptioned case.

3)     One specific task I have been working on is attempting to contact The Kingdom of Saudi Arabia, Ministry of Islamic Affairs' office located in Washington D.C.

4)     On or about June of 2004 in preparation for the first trial by jury of the defendant, Omar Abdi Mohamed, I contacted The Kingdom of Saudi Arabia, Ministry of Islamic Affairs at (202) 342-3700.

5)     I requested information from the gentlemen who answered the telephone regarding the department which handled correspondence and inquiries of "Propagators".

6)   The gentlemen who answered the telephone avoided disclosing his name to me, and proceeded to tell me that all such offices (relating to Propagators) were closed.

7)   This person proceeded to tell me that there was nothing left: no files, no records, no "Directors", nothing was in the office that related to Propagators.

8)   On or about June 21, 2005 in preparation for the trial at hand I telephoned the Kingdom of Saudi Arabia, Ministry of Islamic Affairs at (202) 342-3700.

9)   I spoke to an individual, a female, named Zeinab (phonetic).  She would not divulge her last name and avoided providing any detailed information to me.

10)  I explained to Zeinab the purpose of my telephone call was to locate and contact the individual within the organization who is responsible for Propagators.

11)  Zeinab asked me for additional information regarding why I was inquiring.

12)  I proceeded to explain to Zeinab that Omar Abdi Mohamed (Al-Khatib) had received monies from The Kingdom of Saudi Arabia, Ministry of Islamic Affairs, that these monies were in relation to his activities as a religious propagator, and that I was attempting to locate the "Director" and signatory of several documents received from The Kingdom of Saudi Arabia for the purpose of defending Mr. Mohamed.

13)  Zeinab informed me that she "was only answering the phones."  She stated that she would speak to another individual in the office and get back to me.

14)  Zeinab telephoned me this same day and requested that I fax a summary of what I had explained to her regarding Mr. Mohamed.

15)  The same day, June 21, 2005 I transcribed what I discussed with Zeinab and faxed it to the Kingdom of Saudi Arabia, Ministry of Islamic Affairs at (202) 944-3192. I also included sample copies of the documents and correspondence between The Kingdom of Saudi Arabia, Ministry of Islamic Affairs and Mr. Mohamed that I was referencing.

16)   The following day, June 22, 2005, I telephoned the same number (202) 342-3700, this time; Zeinab did not answer the phone. Another individual answered, but would not say his name. I asked to be transferred to Zeinab.

17)   I was transferred to Zeinab, whom I spoke to and asked if she had relayed the information I sent via fax. I also asked to whom was she relaying this information, and what was the status of someone responding to my request to speak to the individual in charge of propagators.

18)   Zeinab would not answer any of my questions directly. Instead she said she "was about to go in to a meeting, could she phone me back?" I agreed to this.

19)   Zeinab did not return my call.

20)   On June 29, 2005, I telephoned the same number (202) 342-3700. The telephone was answered by a male. This person transferred me to Zeinab and informed me that her extension is 2119.

21)   Zeinab did not answer her extension. I left a detailed message requesting to know if or when someone might respond to my inquiry.

22)   I did not hear back from Zeinab.

23)   On June 30, 2005, I telephoned Zeinab at (202) 342-3700 extension 2119. Again I left a voice message to the same effect.

24)   Today is July 1, 2005 I have not heard back from Zeinab or any other individual at The Kingdom of Saudi Arabia, Ministry of Islamic Affairs in Washington D.C.

25)   It is my opinion, based on the communication that I have had with this office, that it is avoidant and will not be cooperative in providing me information necessary to determine who the individuals are who signed specific "Saudi Documents" that relate to Omar Abdi Mohamed.

///
///
///

1         I declare under penalty of perjury under the laws of the State of California that the

2    foregoing is true and correct.

3

4    Dated: July 1, 2005                    By: _____

5                                               Trudy G. Lumadue

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

# Exhibit C

Document Number: 11
File Name: oamdoc11.wpd
File Number: 315M-SD-62765
Translator: Peter E. Shirajian, Language Analyst
Date of Translation: 02/24/04

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah and Guidance
Da'wah office in America
601 New Hampshire Ave., N.W. Washington, D.C. 20037. Tel: (202)
342-3700. Fax: (202) 944-3192

To Propagator/ (Blank)

Peace be on you and the mercy of God and His blessings,

Conversion of non-Muslims who are living in non-Muslim countries
into the faith takes on critical importance since they are the
inhabitants of the land. Among them is the doctor, the engineer
and the pilot, as well as others. By having these people convert
to Islam, the effort to propagate the faith gains a tremendous
boost in the country where this activity is being conducted. This
matter has been overlooked in some of the countries where
propagation activities have been directed solely to the Muslim
inhabitants. Propagators should strive to do their utmost by not
limiting their propagation activities to a certain segment of the
population or a sect and should conduct their propagation
activities by holding lectures and distributing Islamic books in
the native language of the country where they are conducting this
activity, in addition to utilizing other means available to them.
But first and foremost, the propagators should be the model of
virtue and should lead by example so that others will accept
their message and follow in their lead. May God grant you success
and reward your efforts.

Peace be on you and the mercy of God and His blessings,

Haidar/193

Director of the Da'wah office in America
(signatory)
Khalid bin Ibrahim Al-Suwailim

Number: 516   date: 16/11/1416 A.H.   Attachments: (Blank)

---

Translator's note:

- The Islamic date 16/11/1416 A.H. corresponds to March 31, 1996
in the Gregorian calendar.

1

MAY NOT BE REPRODUCED
PROPERTY OF THE U.S.
GOVERNMENT

002715



*Kingdom of Saudi Arabia*

*IFTA Office*

*Washington, D.C.*

المملكة العربية السعودية

وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد

مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) ███-3192

فضيلة الداعية

وفقه الله

السلام عليكم ورحمة الله وبركاته.    أما بعد :

فتمثل دعوة غير المسلمين إلى الإسلام في البلاد غير الإسلامية أهمية بالغة نظرا لأنهم
أصحاب البلاد ، فيهم الطبيب والمهندس والطيار وغيرهم ، ودخولهم إلى الإسلام تكسب
الدعوة قوة ليستفاد بها في البلاد وقد أغفل هذا الأمر إلى حد ما في بعض البلاد حيث
اقتصرت الدعوة على المسلمين فقط . ويجب على الدعاة القيام بالدور الدعوي على الوجه
الأكمل بتعميم الدعوة وعدم قصرها على بلد أو طائفة معينة وذلك عن طريق المحاضرات
وتوزيع الكتاب الإسلامي بلغة البلد وغيرها من الوسائل المتاحة لكم، وقبل ذلك كله أن
يكون الدعاة قدوة حسنة يعملون بما يقولون وحتى يتقبل منهم مايدعون إليه ويستجاب
لمايطلبونه . وفقكم الله لما يحبه ويرضاه.

والسلام عليكم ورحمة الله وبركاته.

جبر/١٩٢

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم



MAY NOT BE REPRODUCED.
PROPERTY OF U.S.
GOVERNMENT

# Exhibit D

Document Number: 18
File Name: omardoc18.wpd
File Number: 315M-SD-62765
Translator (Arabic): Peter E. Shirajian, Language Analyst
Date of Translation: 02/11/04

*Kingdom of Saudi Arabia*
Ministry of Islamic Affairs, Endowments, Da'wah and Guidance
Da'wah office in America
*601 New Hampshire Ave., N.W. Washington, D.C. 20037. Tel:*
*(202)342-3700. Fax: (202) 944-3192*
*E-mail: ifta@resa.org   www.islamicpage.org   www.islam.org.sa*

To Propagator: Omar Abdo Mohammad

Peace be on you and the mercy of God and His blessings,

Enclosed is a check as a financial award granted by His Royal
Highness Prince Sultan bin Abd al-Aziz Al-Saud, Second Deputy
Prime Minister, Minister of Defense and Aviation, which he has
authorized for all propagators belonging to this office (Da'wah
office in America). Please provide us with the return receipt
after you receive the check. May God help you and grant you
success. Peace be on you and the mercy of God and His blessings.

Director of the Da'wah Office in America
(signatory)
Khalid bin Ibrahim Al-Suwaylim

Number: 68    Date: 27/1/1421 A.H.    Attachment: check

Translator's note:

- The Islamic date 27/1/1421 A.H. corresponds to May 2, 2000 in
the Gregorian calendar.

MAY NOT BE REPRODUCED PROPERTY OF U.S. GOVERNMENT

1



بسم الله الرحمن الرحيم

*Kingdom of Saudi Arabia*

*IFTA Office*

*Washington, D.C.*

المملكة العربية السعودية

وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد

مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel: (202) 342-3700 • Fax: (202) 944-3192

E-mail: ifta@resa.org   •   www.islamicpage.org   •   www.islam.org.sa

فضيلة الداعية محمد ... وفقه الله

السلام عليكم ورحمة الله وبركاته ، وبعد :

فتجدون بطيه شيكاً بمبلغ المكافأة المعروفة من لدن صاحب السمو الملكي الأمير ســـلطان

بـــن عبد العزيز آل سعود النائب الثاني لرئيس مجلس الوزراء ووزير الدفاع والطيران الـــتي

وجه حفظه الله بصرفها لعموم مشايخ التابعين لهذا المكتب .

أرجو التكرم بعد استلام الشيك موافاتنا سداً للإسلام

وفقكم الله وأعانكم والسلام عليكم ورحمة الله وبركاته ،،،،

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السليم

MAY NOT BE REPRODUCED PROPERTY OF U.S. GOVERNMENT.

# Exhibit E

Document Number: 3
File Name: oamdoc3.wpd
File Number: 315M-SD-62765
Translator: Peter E. Shirajian, Language Analyst
Date of Translation: 02/23/04


Very Urgent Advisory

To Propagator / (Blank)

Peace be on you and the mercy of God and His blessings,

We have received from the Director of Da'wah activities conducted abroad (Blank space) that during the past few years a number of Christian clerics and well known personalities have converted to Islam. The Director of Da'wah is requesting that you provide him with the names of individuals who have converted to Islam in your locality, in addition to other detailed information for each of these individuals to include the following:

1- Previous name, occupation and social status.

2- The Islamic name that the person has acquired and the personal attributes of the individual that may be conducive to using him in propagation activities.

3- The type of services that the individual has received and the party that has provided the individual with such services.

4- The languages that the individual is proficient in.

5- The address of the individual where he can be reached.

6- Your impression about how to deal with the individuals who have converted to Islam and what other services they might benefit from.

Please respond promptly in order that we can respond back to the Ministry. May God keep you and guide you.

Peace be on you and the mercy of God and His blessings,


Director of the Da'wah Office in America

1

MAY NOT BE REPRODUCED. PROPERTY OF U.S. GOVERNMENT.

MAY NOT BE REPRODUCED — PROPERTY OF U.S. GOVERNMENT

تعميم عاجل جدا

المكرم الأخ الكريم        سلمه الله

السلام عليكم ورحمة الله وبركاته        وبعد

وردنا من فضيلة مدير مكتب الدعوة في الخارج .............................. أنه كثر
في السنوات الأخيرة التحاق الكثير من النصارى وكبار الشخصيات للإسلام ورغب فضيلته
تزويده بأسماء من أسلم في منطقتكم مع ضرورة جمعه عنهم من معلومات تفصيلية عن كل واحد
منهم على أن تشتمل على الآتي:

١-الاسم السابق والنسب وحالته الاجتماعية
٢-اسمه الاسلامي والذي الجديد والرجل تعامله وهل يمكن الإستفادة منه في مجال
الدعوة الي الله .
٣-ماذا قدم له من خدمات وجهة تقديمها .
٤-اللغات التي يجيدها .
٥-عنوانه الذي يمكن مخاطبته عليه .
٦-وجهة نظركم في التعامل معهم والخدمات التي يحتاجون تقديمها لهم .

نرجو سرعة الرد حتى نتمكن من الرد على الرئيسة . والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته . ،،،،،،،

مدير مكتب الدعوة بأمريكا



**Exhibit F**

Document Number: 9
File Name: oamdoc9.wpd
File Number: 315M-SD-62765
Translator: Peter E. Shirajian, Language Analyst
Date of Translation: 02/24/04

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah and Guidance
Da'wah office in America
601 New Hampshire Ave., N.W. Washington, D.C. 20037. Tel: (202) 342-3700. Fax: (202) 944-3192

Secret and Urgent

To Propagator/ Omar Abdi Mohammad Al-Khatib

Peace be on you and the mercy of God and His blessings,

In accordance with the instruction of the Deputy head of the Islamic Affairs Section requesting the formation of a committee to meet with propagators in the areas that they work in to discuss and to coordinate certain matters pertaining to propagators and propagation activities, please make the following preparations:

1- Provide suggestions to promote propagation in your area based on priorities and needs whether short term or long term.

2- Provide a complete survey of the Islamic centers, associations, and schools in your area regardless of religious orientation whether they be Ahl al-Sunna wa al-Jama'a (**the People of Custom and Community**, the title by which Sunni Muslims were known) or others. The survey should provide information about the prominent individuals in charge of these institutions and their religious orientation and tendency. Insure that the enclosed form about all of these centers is accurately filled and send it as soon as possible to the office address.

Incidentally, the meeting will take place in Los Angeles, California at the Ibn Taymiyya Foundation on Saturday 30/5/1998 at 10:00 A.M., God willing. May God grant you success and bless your efforts.

Haidar/1056/(Illegible)

Director of the Da'wah office in America
(signatory)
Khaled bin Ibrahim Al-Suwaylim

Number 1 S 19   Date: 5/1/1419 A.H.   Attachments: (Blank)

1

MAY NOT BE REPRODUCED. PROPERTY OF US GOVERNMENT.

Translator's note:

- The Islamic date 5/1/1419 A.H. corresponds to May 2, 1998 in the Gregorian calendar.



2

002711

*Kingdom of Saudi Arabia*
*IFTA Office*
*Washington, D.C.*



وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W. Washington, D.C. 20037 • Tel.: (202) 342-3700 • Fax: (202) 342-3192

سرّي وعاجل

فضيلة الداعية ................ بجر الخطيب

السلام عليكم ورحمة الله وبركاته.        أما بعد:

وفقه الله

فبناءً على توجيه سعادة رئيس قسم الشؤون الإسلامية بتكوين لجنة للاجتماع والمشاركة في المخططات التي يعملون بها للتشاور والتنسيق حول بعض الأمور التي تهم الدعوة والدعاة لذا أرجو منكم إعداد مايلي :

١- تصور وتصميم أبرز الجهات المرتبطة التي تخدم الدعوة في منطقتكم حسب الأولوية والحاجة إليها على المدى القريب أو البعيد .

٢- مسح كامل للمراكز والجمعيات والمدارس الإسلامية في منطقتكم بمختلف اتجاهاتها سواء كانوا من أهل السنة والجماعة أو غيرهم وأبرز القائمين عليها وواجهاتهم ومسؤولهم وتعبئة الاستمارة المرافقة عن جميع المراكز وترجى السرعة في ذلك ، إرسال ذلك عاجلاً على عنوان المكتب .

علماً أن مقر الاجتماع سيكون في مدينة لوس أنجلوس كاليفورنيا في مؤسسة شيخ الإسلام بن تيمية ، وذلك في يوم السبت ١٩٩٨/٥/٩ الساعة العاشرة صباحاً إن شاء الله . وفقكم الله وبارك في جهودكم.

والسلام عليكم ورحمة الله وبركاته. ،،،،،،

جدة/ ٢٦/١٠/ت.ن

مدير مكتب الدعوة في أمريكا
خالد بن إبراهيم السويلم



MAY NOT BE REPRODUCED PROPERTY OF U.S. GOVERNMENT.

**Exhibit G**

Document Number: 15
File Name: omardoc15.wpd
File Number: 315M-SD-62765
Translator (Arabic): Peter E. Shirajian, Language Analyst
Date of Translation: 02/10/04

Kingdom of Saudi Arabia
Ministry of Islamic Affairs, Endowments, Da'wah and Guidance
Da'wah office in America
*601 New Hampshire Ave., N.W. Washington, D.C. 20037. Tel.: (202)*
*342-3700. Fax: (202) 944-3192. Telex: 440132*

Number: 284
Date: 28/6/1416 A.H.
Attachments: (Blank)
Subject: Request for a Report

To Propagator/ Omar Abdo Al-Khatib

Peace be on you and the mercy of God and His blessings,

In reference to our previous correspondence number 318 and dated
3/7/1415 A.H. in which a request was made that a report be
prepared about certain parties and communities. We have yet to
receive this report as of this date. Due to the urgency of the
matter, I am requesting that this report be prepared as soon as
possible about the Somali community and the Arab community in
Canada and San Diego. The report should cover the following
points:

1- A description of the community and its size.
2- A history of the community and its areas of presence.
3- Reason why the community immigrated.
4- The leaders of the community and its well known figures.
5- The religious dogma of the community.
6- The organizational structure of the community.
7- The financial condition of the community.
8- The literacy rate and educational level of the community.
9- The schools and mosques of the community.
10- The organizations established by the community.
11- The organizations that cooperate with the community.
12- The influence that the community has in its locality.
13- Other observations about the community.

Please ensure that the report is accurately written and that it
conveys the aforementioned points. May God keep you and guide
you. Peace be on you and the mercy of God and His blessings.

Hassan/28

Director of the Da'wah Office in America

1

MAY BE REPRODUCED PROPERTY OF U.S. GOVERNMENT.

Khalid bin Ibrahim Al-Suwaylim

Translator's notes:

- The Islamic date 28/6/1416 A.H. corresponds to November 22, 1995 in the Gregorian calendar.

- The Islamic date 3/7/1415 A.H. corresponds to December 6, 1994 in the Gregorian calendar.

MAY NOT BE REPRODUCED PROPERTY OF U.S. GOVERNMENT

2

002629



*Kingdom of Saudi Arabia*
*IFTA Office*
*Washington, D.C.*

وزارة الشئون الإسلامية والأوقاف والدعوة والإرشاد
مكتب الدعوة بأمريكا

601 New Hampshire Ave., N.W., Washington, D.C. 20037 • Telephone: (202) 342-3700 • Fax: (202) 944-3192 • Telex: 440132

الرقم : ..٨٨٨...    التاريخ : ٢٨/ ٦/١٤١٦هـ    المرفقات : ................    الموضوع : طلب تقرير

المكرم الفاضل/ عمر عبده الخطيب    حفظه الله

السلام عليكم ورحمة الله وبركاته.    أما بعد :

فإلحاقاً لكتابنا ذي الرقم ٣١٨ والمؤرخ في ١٤١٥/٧/٣هـ بشأن طلب إعداد تقارير عن بعض الجهات والجاليات وحيث إنه حتى تاريخه لم يردنا منكم شئ .

ونظراً لأهمية الموضوع فإنني أرجو تزويدنا بكتابة تقرير عن (الجاليتين الصومالية والجالية العربية بكم) وساتريا عن على أن يشتمل التقرير على النقاط التالية :

١ – تعريف الجالية وعددها .    ٢ – نشأتها وأماكن تراجدها .

٣ – أسباب الهجرة .    ٤ – رؤساؤها ووجهاؤها .

٥ – منهجهم العقدي .    ٦ – الهيكل التنظيمي للجالية .

٧ – الوضع المالي للجالية .    ٨ – ثقافة الجالية وتعليمها .

٩ – مساجدهم ومدارسهم .    ١٠ – المنظمات المنبثقة عنهم .

١١ – المنظمات التي تتعاون معهم .    ١٢ – تأثيرهم في المنطقة .

١٣ – الملاحظات على الجالية .

كما نرجو مراعاة الدقة في كتابة التقرير والتقيد بالعناصر المذكورة أعلاه للأهمية .

والله يحفظكم ويرعاكم .

والسلام عليكم ورحمة الله وبركاته . ,,,,,,,,,,,

مدير مكتب الدعوة في أمريكا

خالد بن إبراهيم السويلم



MAY NOT BE REPRODUCED PROPERTY OF US GOVERNMENT

002630

**End of Exhibits**