USDC SCAN INDEX SHEET

















JPP     10/27/05    9:17

3:03-CR-03433   USA V. MOHAMED

*171*

*CRO.*

Law Office of Mahir T. Sherif
MAHIR T. SHERIF, Esq. (SB# 135021)
3376 30th Street
San Diego, CA 92104
Ph: 619-297-4444
Fx: 619-297-4115

Attorney for Defendant, Omar Abdi Mohamed

**FILED**
OCT 26 2005
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: **03-CR-3433-JAH** |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| OMAR ABDI MOHAMED, ) | |
| Defendant ) | |

ORIGINAL

GOOD CAUSE APPEARING, THEREFORE:

IT IS HEREBY ORDERED THAT THE MOTION TO ADMIT EXPERT TESTIMONY OF JOHN MONTAG MAY BE HEARD OCTOBER 24, 2005.

Dated: _10-20-2005_    By: _____
Honorable John A. Houston

171